**Order entered June 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00343-CV

### COMMERCE STREET CAPITAL, LLC, Appellant

### V.

### DURANT BANCORP, INC., ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14703**

## ORDER

Before the Court is appellant's June 26, 2019 motion for an extension of time to file its brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on June 27, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
       JUSTICE